NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMESCY JOHNSON,                        )
                                        )
          Appellant,                    )
                                        )
v.                                      )       Case No. 2D19-299
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Lee
County; Ramiro Mañalich and Nicholas R.
Thompson, Judges.

Brian F. Greenwald of Brian F. Greenwald,
P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.